

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00489-CV

———————————————

DAVID ONGEERA, Appellant

V.

ARLINGTON LEASED HOUSING ASSOCIATES IV, LIMITED PARTNERSHIP,
D/B/A ROSEMONT AT MAYFIELD VILLAS, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-005737-1

---

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Agreed Motion to Dismiss Appeal" signed and field jointly by the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: May 8, 2025